**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARSHALL LOSKOT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>   Plaintiff,<br>**v.**<br><br>**MICHAEL JON FUHRMAN, dba ALBANY PIZZA COMPANY, SV ALBANY SQUARE LLC, a California Limited Liability Company, CHUNG PING LIN and SUZAN LIN, Trustees of the LIN TRUST, and DOES ONE to FIFTY, inclusive,**<br><br>   **Defendants.** | Case No. CV-13-0210 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(Proposed)~~ ORDER FRCP 41(a)(1)(A)(ii)** |

     Plaintiff **MARSHALL LOSKOT** and Defendants **MICHAEL JON FUHRMAN, dba ALBANY PIZZA COMPANY, SV ALBANY SQUARE LLC, a California Limited Liability Company, CHUNG PING LIN and SUZAN LIN, Trustees of the LIN TRUST** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

     1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

STIPULATION AND ORDER OF DISMISSAL       1       CV-13-0210 MEJ

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 4, 2013    /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **MARSHALL LOSKOT**

**LITTLER MENDELSON, P.C.**

Dated: March 25, 2013    /s/ Maureen Rodgers
Maureen Rodgers, Attorneys for Defendants
**SV ALBANY SQUARE LLC, CHUNG-PING LIN and SUZAN LIN**

**MICHAEL WELCH LAW OFFICE**

Dated: March 31, 2013    /s/ Michael Welch
Michael Welch, Attorney for Defendants
**MICHAEL JON FUHRMAN, dba ALBANY PIZZA**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Loskot vs. Fuhrman, et al.</u>, Case Number CV-13-0210 MEJ, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: April 5, 2013    _____
MARIA ELENA JAMES
UNITED STATES DISTRICT JUDGE