1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite A**
3  **Eureka, CA 95501**

4  **(707) 441-1177**
   **FAX 441-1533**
5

6  **Attorney for Plaintiff, MARSHALL LOSKOT**

7

8                          **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10 | **MARSHALL LOSKOT,**                                  ) Case No. CV-13-0210 MEJ
11 |                                                       )
   |         Plaintiff,                                    ) **STIPULATION OF DISMISSAL WITH**
12 | v.                                                    ) **PREJUDICE AND (Proposed) ORDER**
   |                                                       ) **FRCP 41(a)(1)(A)(ii)**
13 | **MICHAEL JON FUHRMAN, dba ALBANY**                   )
   | **PIZZA COMPANY, SV ALBANY SQUARE**                   )
14 | **LLC, a California Limited Liability**               )
   | **Company, CHUNG PING LIN and SUZAN**                 )
15 | **LIN, Trustees of the LIN TRUST, and DOES**          )
16 | **ONE to FIFTY, inclusive,**                          )
   |                                                       )
17 |         Defendants.                                   )

18

19         Plaintiff **MARSHALL LOSKOT** and Defendants **MICHAEL JON FUHRMAN, dba**
20 **ALBANY PIZZA COMPANY, SV ALBANY SQUARE LLC, a California Limited Liability**
21 **Company, CHUNG PING LIN and SUZAN LIN, Trustees of the LIN TRUST** (collectively "the
22 Parties"), by and through their respective attorneys of record, hereby stipulate as follows:
23         1.      The Parties have entered into a Confidential Settlement Agreement and General
24 Release in this matter whereby they have resolved all claims and agreed to the dismissal of
25 the above-captioned action with prejudice, each party to bear their own attorney fees and
26 costs.
27 ///
28 ///

STIPULATION AND ORDER OF DISMISSAL            1                            CV-13-0210 MEJ

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 4, 2013         /s/ Jason K. Singleton
                             Jason K. Singleton, Attorney for
                             Plaintiff, **MARSHALL LOSKOT**

**LITTLER MENDELSON, P.C.**

Dated: March 25, 2013        /s/ Maureen Rodgers
                             Maureen Rodgers, Attorneys for Defendants
                             **SV ALBANY SQUARE LLC, CHUNG-PING LIN and SUZAN LIN**

**MICHAEL WELCH LAW OFFICE**

Dated: March 31, 2013        /s/ Michael Welch
                             Michael Welch, Attorney for Defendants
                             **MICHAEL JON FUHRMAN, dba ALBANY PIZZA**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Loskot vs. Fuhrman, et al.</u>, Case Number CV-13-0210 MEJ, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: April 5, 2013         _____
                             MARIA ELENA JAMES
                             UNITED STATES DISTRICT JUDGE